AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

WAHLCOMETROFLEX, INC.,

JUDGMENT IN A CIVIL CASE

Plaintiff

V.

CASE NUMBER: 11-4017-EFM

WESTAR ENERGY, INC.

Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on October 25, 2013 (Doc. 59) it is ordered that Defendant's Motion for Summary Judgment (Doc. 53) is hereby GRANTED.  Plaintiff is to pay defendant the sum of Two Hundred Fifty-Five thousand Four-Hundred and Seven dollars and 27/100 ($255,407.27).

The case is dismissed.

10/25/2013

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*