# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **WAHLCOMETROFLEX, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 11-CV-4017-EFM/JPO |
| | ) |
| **WESTAR ENERGY, INC.,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that WahlcoMetroflex, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final Judgment [Doc. 60] and Memorandum and Order [Doc. 59] entered in this action on October 25, 2013, the Memorandum and Order [Doc. 40] entered in this action on June 21, 2012, and all orders, rulings, decrees, and judgments leading up to the final Judgment [Doc. 60] or referenced therein.

Respectfully submitted,

s/ *David M. Buffo*
William E. Corum         KS #17324
David M. Buffo           KS #21399
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
Telephone:   (816)  983-8000
Facsimile:   (816)  983-8080
E-mail: william.corum@huschblackwell.com
E-mail: david.buffo@huschblackwell.com
*Attorneys for WahlcoMetroflex, Inc.*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing was served via the CM/ECF system this 28th day of October, 2013 to:

Michael E. Callahan, Esq.
Angela G. Nichols, Esq.
STINSON MORRISON HECKER LLP
1201 Walnut Suite 2900
Kansas City, Missouri 64106
Tel: (816) 842-8600
Fax: (816) 412-1184
MCallahan@stinson.com
ANichols@stinson.com
*Attorneys for Westar Energy, Inc.*

                s/ *David M. Buffo*
                Attorney