FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

March 3, 2014

Elisabeth A. Shumaker
Clerk of Court

_____

WAHLCOMETROFLEX, INC.,

    Plaintiff-Counter-Defendant – Appellee,

v.

WESTAR ENERGY, INC.,

    Defendant-Counter-Claimant – Appellant.

No. 13-3328
(D.C. No. 5:11-CV-04017-EFM-JPO)

_____

**ORDER**
_____

    The stipulation filed by the parties to dismiss the captioned appeal is granted.

Each party shall bear its own costs.

    A copy of this order shall stand as and for the mandate of this court.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk